UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

IN RE:

WILLIAM L. PAINTER, andCase No. 16-28423 JDL
MARTHA K. PAINTER,Chapter 7
    Debtors.

## TRANSMITTAL OF UNCLAIMED FUNDS

COMES NOW the Chapter 7 Trustee, Lynda F. Teems and reports to the Court as follows:

1. All checks have been issued pursuant to the Notice of Trustee's Final Report and Notice of Applications for Compensation and Deadline to Object (Doc. 42). All checks have cleared except one (1) which has been returned. The following check made payable to the joint debtors in the amount of $9,253.30 for excess funds remaining after the payment of all claims and administrative expenses was returned:

| Name & Last Known Address | Amount |
|---|---|
| **William L. Painter and Martha K. Painter**<br>**1154 Sara Cove #1**<br>**Cordova, TN  38016** | **$9,253.30** |

2. The Trustee attempted to locate the joint debtors by social media and multiple internet searches with no success.

3. Your Trustee's check for $9,253.30 payable to the Clerk of Court is attached to this report and list.

4. Nothing further remains to be done in this case other than the Trustee's Final Account and Application for Discharge, once this check has cleared.

        Respectfully submitted,

        /s/ Lynda F. Teems
        LYNDA F. TEEMS  #13976
        Chapter 7 Trustee
        5362 Republic Drive
        Memphis, Tennessee 38118-7924
        Phone:  (901) 526-5555
        Email: lteems@aol.com

        Date:      January 22, 2025