**Fill in this information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | William | Lloyd | Painter |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Martha | Kennedy | Painter |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the Western District of Tennessee

Case number: 16-28423

UNITED STATES BANKRUPTCY COURT
WESTERN DIVISION
RECEIVED

MAY 08 2025

TRAVIS D. GREEN
CLERK OF COURT
WESTERN DISTRICT OF TENN.

**Form 1340 (12/23)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimant

| Amount: | $9,253.30 |
|---|---|
| Claimant's Name: | Martha K. Kennedy Painter |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 3705 Rhea Ave. Memphis, TN 38122  901-497-4051 or 901-494-2566  linda1204kennedy@gmail.com |

### 2. Claimant Information

Applicant[2] represents the following:

☒ The Claimant is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐ The Claimant (Successor Claimant) is entitled to the unclaimed funds by transfer, assignment, purchase, merger, acquisition, or succession by other means, and below are the name(s) of the Owner of Record and all previous owner(s) of the claim:

_____

☐ If the Claimant is a Successor Claimant, Applicant has sent a copy of the application to the Owner of Record and all other previous owner(s) of the claim at their current address or Applicant has enclosed a statement explaining why Applicant was not able to do so or an explanation of why doing so is not necessary.

### 3. Applicant Information

Applicant represents the following:

☒ Applicant is the Claimant.
☒ Applicant is Claimant's representative (e.g., attorney or unclaimed funds locator).
☐ Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

| | |
|---|---|
| **4. Supporting Documentation** | |
| ☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application. | |

**5. Notice to United States Attorney**

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Western District of Tennessee
167 North Main Street
Suite 800
Memphis, TN 38103

| 6. Applicant Declaration | 6. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g. 18 U.S.C. § 152. |
| Date: March 25, 2025 | Date: _____ |
| *[signature]* | |
| Signature of Applicant | Signature of Co-Applicant (if applicable) |
| Martha K. Painter | |
| Printed Name of Applicant | Printed Name of Co-Applicant (if applicable) |
| Address: 3705 Rhea Ave. Memphis, TN 38122 | Address: |
| Telephone: 901-497-4051 (Martha) 901-494-2566 (Linda) | Telephone: |
| Email: linda1204kennedy@gmail.com | Email: |
| **7. Notarization** | **7. Notarization** |
| STATE OF Tennessee | STATE OF _____ |
| COUNTY OF Shelby | COUNTY OF _____ |
| This Application for Unclaimed Funds, dated 2/27/2025 was subscribed and sworn to before me this 25th day of March, 2025 by Martha K. Painter who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. | This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. |
| [Notarial wording to be adjusted based on state requirements] | [Notarial wording to be adjusted based on state requirements] |
| (SEAL) Notary Public *[signature]* | (SEAL) Notary Public _____ |
| My commission expires: 11/13/2027 | My commission expires: _____ |

Form 1340    Application for Payment of Unclaimed Funds    Page 2

Martha K. Painter

3705 Rhea Ave.

Memphis, TN 38122

March 25, 2025

United States Bankruptcy Court for

Western District of Tennessee

200 Jefferson Ave., Suite 500

Memphis, TN 38103

To Whom It May Concern:

This is a letter to inform you that my sister, Linda C. Kennedy, is my (Martha K. Painter) care taker.

Sincerely yours,

*Martha K. Painter*
Martha K. Painter

*Linda C. Kennedy*
Linda C. Kennedy

State of Tennessee
County of Shelby

This letter was subscribed and sworn to before me this 25th day of March 2025 by Martha K Painter + Linda C. Kennedy who signed above and is personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

IN RE:

WILLIAM L. PAINTER, and                                    Case No. 16-28423 JDL
MARTHA K. PAINTER,                                                    Chapter 7
    Debtors.

---

### TRANSMITTAL OF UNCLAIMED FUNDS

---

    COMES NOW the Chapter 7 Trustee, Lynda F. Teems and reports to the Court as follows:

1. All checks have been issued pursuant to the Notice of Trustee's Final Report and Notice of Applications for Compensation and Deadline to Object (Doc. 42). All checks have cleared except one (1) which has been returned. The following check made payable to the joint debtors in the amount of $9,253.30 for excess funds remaining after the payment of all claims and administrative expenses was returned:

| Name & Last Known Address | Amount |
|---|---|
| **William L. Painter and Martha K. Painter**<br>**1154 Sara Cove #1**<br>**Cordova, TN  38016** | **$9,253.30** |

2. The Trustee attempted to locate the joint debtors by social media and multiple internet searches with no success.

3. Your Trustee's check for $9,253.30 payable to the Clerk of Court is attached to this report and list.

4. Nothing further remains to be done in this case other than the Trustee's Final Account and Application for Discharge, once this check has cleared.

Respectfully submitted,

/s/ Lynda F. Teems
LYNDA F. TEEMS  #13976
Chapter 7 Trustee
5362 Republic Drive
Memphis, Tennessee 38118-7924
Phone:  (901) 526-5555
Email: lteems@aol.com

Date:        January 22, 2025